William P. CLINCH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74977.

Missouri Court of Appeals, Western District.

May 14, 2013.

Mark A. Grothoff, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK and CYNTHIA L. MARTIN, Judges.

### ORDER

PER CURIAM.

William Clinch appeals the judgment denying his Rule 29.15 motion, after he was convicted of first-degree murder. Clinch contends the motion court erred in denying post-conviction relief because defense counsel was ineffective for failing to challenge an allegedly unqualified juror for cause. For reasons explained in a Memo-randum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).